**FILED**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WESTERN PENNSYLVANIA**

OCT 04 2016

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

**CONCILIATION CONFERENCE MINUTES**

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | MARK R. & MEGAN E. MCKENZIE |
| **Case Number:** | 15-24516-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 29, 2016 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

## Matter:

#20 - Final Confirmation of Plan Dated 1-7-16 (NFC)
    objection by # 49 - Objection filed by Bayview Loan servicing
    (Trustee's Certificate of Default, Affidavit/Plan due 10/7/16
    Hearing 11/3/2016)

R / M #: 20 / 0

## Appearances:

Debtor: Steidl

Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

[handwritten notes: Asked for 2015 Tax returns. Continue to Trial Trustee's COD]

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/3/16 at 9:00 Am.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2016  1:12:25PM