# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** MARK R. & MEGAN E. MCKENZIE
**Case Number:** 15-24516-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 03, 2016 09:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matters:*

1) # 50 - Trustee's Certificate of Default to Dismiss
   # 57 - Response with proof of payment
   R / M #:   50 / 0

2) #20 - Continued Confirmation of Plan Dated 1-7-16 (NFC)
   R / M #:   20 / 0

### *Appearances:*

J. Steidl

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____
10. ✓ Other: Order recommended dismissing case. Debtors request dismissal and consent to order dismissing case in response to certificate of default. Trustee consents. Because they believe they cannot afford payment

10/26/2016  1:37:19PM