**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MARK R. MCKENZIE<br>MEGAN E. MCKENZIE<br>Debtor(s) | Case No.:15-24516 GLT |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/11/2015 and confirmed on 03/29/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,850.00 |
| Less Refunds to Debtor | 1,500.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,350.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,039.60 | |
| Trustee Fee | 247.45 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,287.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BAYVIEW LOAN SERVICING LLC<br>Acct: 3635 | 0.00 | 5,062.95 | 0.00 | 5,062.95 |
| BAYVIEW LOAN SERVICING LLC<br>Acct: 3635 | 0.00 | 0.00 | 0.00 | 0.00 |
| BAYVIEW LOAN SERVICING LLC<br>Acct: 3635 | 9,399.86 | 0.00 | 0.00 | 0.00 |
| MUNICIPALITY OF MT LEBANON (SWG)<br>Acct: M132 | 3,800.22 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 6920 | 61,037.00 | 0.00 | 0.00 | 0.00 |
| MUNICIPALITY OF MT LEBANON (SWG)<br>Acct: M132 | 2,389.02 | 0.00 | 0.00 | 0.00 |
| MUNICIPALITY OF MT LEBANON (STORM V<br>Acct: M132 | 224.00 | 0.00 | 0.00 | 0.00 |
| MUNICIPALITY OF MT LEBANON (STORM V<br>Acct: M132 | 102.78 | 0.00 | 0.00 | 0.00 |
| | | | | 5,062.95 |

Priority

| 15-24516 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARK R. MCKENZIE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARK R. MCKENZIE<br>Acct: | 600.00 | 600.00 | 0.00 | 0.00 |
| MARK R. MCKENZIE<br>Acct: | 600.00 | 600.00 | 0.00 | 0.00 |
| MARK R. MCKENZIE<br>Acct: | 300.00 | 300.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,200.00 | 1,039.60 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 6920 | 3,276.27 | 0.00 | 0.00 | 0.00 |
| MT LEBANON SD & MUNIC OF MT LEBANC<br>Acct: 1226 | 5,838.10 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 6920 | 7,080.09 | 0.00 | 0.00 | 0.00 |

***NONE***

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| DUQUESNE LIGHT COMPANY*<br>Acct: 6920 | 2,600.84 | 0.00 | 0.00 | 0.00 |
| ADVANTA BANK CORPORATION<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS<br>Acct: 1008 | 3,988.88 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS<br>Acct: 1005 | 849.73 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS<br>Acct: 1006 | 897.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BENEFICIAL FINANCE/CDC(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BURTON NEIL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOSEPH A. DESSOYE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANDREW L SPIVACK ESQ FOR JOSEPH P<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| M & T BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*)<br>Acct: 0043 | 1,665.31 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 5137 | 3,187.19 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PENNSYLVANIA-AMERICAN WTR CO*<br>Acct: 4444 | 551.43 | 0.00 | 0.00 | 0.00 |

| 15-24516 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| PA DEPARTMENT OF REVENUE* | 594.89 | 0.00 | 0.00 | 0.00 |
|   Acct: 6920 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| VANDA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 634.23 | 0.00 | 0.00 | 0.00 |
|   Acct: 6920 | | | | |
| ASHLEY FUNDING SVCS LLC | 75.15 | 0.00 | 0.00 | 0.00 |
|   Acct: 0100 | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 5,062.95 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 16,194.46 | |
| SECURED | 76,952.88 | |
| UNSECURED | 15.044.65 | |

Date: 02/13/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com